**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| IN RE: | ) |
| | )     **Chapter 11** |
| **OAKWOOD COUNTRY CLUB,** | ) |
| **INCORPORATED,** | )     **Case No. 10-60246** |
| | ) |
|        Debtor. | ) |

**TWENTY LARGEST UNSECURED CREDITORS**

| Name and Address | Amount | Comments |
|---|---|---|
| New Vision Golf<br>Jennie Allman<br>1148 Ivy Hill Drive<br>Forest, VA 24551 | $720,000.00 | Disputed as to amount |
| LeClair Ryan<br>P.O. Box 2499<br>Richmond, VA 23218 | $32,005.66 | |
| Scott Insurance<br>P.O. Box 10489<br>Lynchburg, VA 24506 | $18,713.00 | |
| Consensus Real Estate<br>P. O. Box 146<br>Lynchburg, VA 24505 | $10,000.00 | |
| Virginia Food Service Grp., Inc.<br>53 Pine Haven Drive<br>Lynchburg, VA 24502 | $9,395.85 | |
| Mid-Atlantic Tennis Supplies, Inc.<br>2310 Corner Rock Road Midlothian,<br>VA 23113 | $7,925.55 | |
| Virginia Maintenance Company<br>53 Pine Haven Drive<br>Lynchburg, VA 24502 | $6,466.55 | |
| Institution Food House<br>543 12th Street Drive, NW<br>Hickory, NC 28603-2947 | $5,905.17 | |
| Piedmont Community Healthcare, Inc.<br>1937 Thomson Drive<br>Lynchburg, VA 24501 | $5,111.63 | |
| Kelly's Lawncare Service<br>2240 Ridgewood Drive<br>Lynchburg, VA 24503 | $3,538.24 | |

| | | |
|---|---|---|
| American Electric Power<br>P. O. Box 24413<br>Canton, OH 44701-4413 | $3,125.98 | |
| Davidson, Doyle & Hilton, LLP<br>916 Main Street<br>Lynchburg, VA, 24504 | $2,820.87 | |
| Electronic Systems, Inc.<br>369 Edwin Drive<br>Virginia Beach, VA  23462 | $2,312.28 | |
| CSI USA Distribution<br>Box No.3476<br>P. O. Box 8500<br>Philadelphia, PA  19178-3476 | $2,090.25 | |
| Tyree Plumbing, Inc.<br>7111 Peachtree Road<br>Lynchburg, VA  24502 | $1,959.84 | |
| Perdue & Walker Electrical Contractor<br>2913 Confederate Avenue  #C<br>Lynchburg, VA  24501 | $1,731.03 | |
| Hawkins-Graves, Inc.<br>P. O. Box 11675<br>Lynchburg, VA  24506 | $1,643.25 | |
| Poplar Forest Golf Course<br>Attn: Chris McDaniel<br>960 Ramblewood Road<br>Forest, VA  24551 | $1,100.00 | |
| Conner Produce Co., Inc.<br>125 Oakley Ave.<br>Lynchburg, VA  24501 | $1,096.07 | |
| Peyton R. Thomas Env. Services, Inc.<br>414 Amelon Road<br>Madison Heights, VA 24572 | $1,068.00 | |

OAKWOOD COUNTRY CLUB, INCORPORATED


By:_____/s/ B. Webb King_____
                    Of Counsel


*{#1322172-1, 111619-00001-01}*                    2

Richard C. Maxwell (VSB #23554)
B. Webb King (VSB #47044)
WOODS ROGERS PLC
Wachovia Tower, Suite 1400
10 South Jefferson Street
P. O. Box 14125
Roanoke, Virginia 24038-4125
Telephone: (540) 983-7600
Fax: (540) 983-7711
    *Proposed counsel for Debtor*